FILED
CLERK, U.S. DISTRICT COURT

Feb 25, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| BRIDGET FRANCES RAZO, an individual, <br><br> Plaintiff <br><br> vs. <br><br> ANTELOPE VALLEY COLLEGE, ANTELOPE VALLEY COLLEGE FOUNDATION, ANTELOPE VALLEY COMMUNITY COLLEGE DISTRICT, EDWARD KNUDSON and DOES 1 to 20, <br><br> Defendants. | CASE NO: 2:16-cv-00032-SVW-FFM <br><br> [Removal from Los Angeles Superior Court, Case No. BC 602 902; Hon. William F. Fahey, Dept. 69 Presiding] <br><br> ORDER FOR REMAND FOLLOWING JOINT STIPULATION: (1) TO REMAND CASE TO STATE COURT; (2) THAT VERIFIED SECOND AMENDED COMPLAINT IS THE OPERATIVE PLEADING; (3) THAT DEFENDANTS SHALL HAVE UNTIL FEB. 23, 2016 TO RESPOND IN STATE COURT |

Pursuant to the Stipulation of the Parties and good cause appearing, it is hereby ordered:

(1) That this action be and is hereby remanded back to state court, Los Angeles County Superior Court Case Number BC 602 902, effectively immediately;

(2) That all matters currently scheduled in this federal action be and are hereby taken off calendar;

(3) That the operative pleading in this action shall be Plaintiff's Verified Second Amended Complaint filed January 6, 2016, and served January 7, 2016, unless Plaintiff is granted further leave to amend or the parties so stipulate; and

///

///

1 | (3) That Defendants shall have until February 23, 2016 to file their response in state court to
2 | Plaintiff's Verified Second Amended Complaint.

DATED: February 25, 2016

Hon. Stephen V. Wilson, Judge
United States District Court
Central District of California

2:16-cv-00032-SVW-FFM: ORDER FOR REMAND: BRIDGET RAZO v. ANTELOPE VALLEY COLLEGE, et al